# Court of Appeals
# of the State of Georgia

ATLANTA,    July 26, 2012

*The Court of Appeals hereby passes the following order:*

**A12A1761.  DESMEAR SYSTEMS, INC. v. JAV PROPERTIES, INC.**

On May 22, 2012, Desmear Systems, Inc. filed a motion for an extension of time in which to file an enumeration of errors and brief in the above-styled case. On June 5, 2012, this Court issued an order granting the motion for an extension of time until June 11, 2012.

On June 11, 2012, Desmear Systems filed a second motion for an extension of time in which to file an enumeration of errors and brief in the above-styled case. In its motion, Desmear Systems stated that it needed "about ninety (90) days to get the record compiled." On June 21, 2012, this Court issued an order granting the motion for an extension of time until June 26, 2012.

On June 25, 2012, Desmear Systems filed a third motion for an extension of time in which to file an enumeration or errors and brief in the above-styled case. Desmear Systems stated again that it needed "about ninety (90) days to get the record compiled."

Upon consideration of Desmear Systems's third motion for an extension of time in which to file an enumeration of errors and brief in the above-styled case, the motion is hereby DENIED, and this case is REMANDED to the trial court for completion of the record. Within 30 days of completion of the record, Desmear

Systems may file a notice of appeal to have the case re-docketed with this Court for appeal.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* 07/26/2012
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*